UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| Plaintiff(s) | ) ) ) ) ) ) |
| vs. | ) CASE NO._____ ) ) ) |
| Defendant(s) | ) ) ) |

**NOTICE OF APPEAL**

Notice is hereby given that _____

_____ Plaintiff(s)    _____ Defendant(s) in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on _____.

_____
Signature

_____
Printed Name

_____
Mailing Address

_____
City, State, Zip

_____
Phone No.                          Fax No.

_____
Email Address

Rvsd 10-09