**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**June 23, 2017**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

CHRIS I. ROBISON,

    Plaintiff - Appellant,

v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

    Defendant - Appellee.

No. 17-6078
(D.C. No. 5:14-CV-01262-D)

_____

**ORDER**
_____

    In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

    Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk

**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

June 23, 2017

Chris Wolpert  
Chief Deputy Clerk

Mr. Rex D. Brooks  
Rex D. Brooks, Attorney at Law  
1904 N. W. 23rd Street  
Oklahoma City, OK 73106-0000

**RE:**   **17-6078, Robison v. Reliance Standard Life Ins.**
Dist/Ag docket: 5:14-CV-01262-D

Dear Counsel:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker  
Clerk of the Court

cc:   Joshua Bachrach

EAS/jm